Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

_____ Division

| | |
|---|---|
| FREDERICK JOHN DAVIS, <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> — SEE ATTACHED — <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. __3:25-164__ <br> *(to be filled in by the Clerk's Office)* <br><br> RECEIVED <br> JUN 0 3 2025 <br> CLERK, U.S. DISTRICT COURT <br> FOR THE WESTERN DISTRICT <br> OF PENNSYLVANIA |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

# DEFENDANT'S

1) KENNETH HOLLIBAUGH, SUPERINTENDENT AT SOMERSET SCI

2) C.O.-1 MR. MOORE, SOMERSET SCI

3) C.O.-1 MR. WINGARD, SOMERSET SCI

4) MR. T. KNEPPER, HEARING-EXAMINER AT SOMERSET SCI

5) DAVID CLOSE, SUPERINTENDENT AT HOUTZDALE SCI

6) JOHN DOE'S AND/OR JANE DOE'S #1 THRU #100

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | FREDERICK JOHN DAVIS |
| All other names by which you have been known: | N/A |
| ID Number | GY4837 |
| Current Institution | HOUTZDALE SCI |
| Address | 209 INSTITUTION DRIVE |
| | HOUTZDALE        PA       16698-1000 |
| | *City*              *State*         *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | KENNETH HOLLIBAUGH |
| Job or Title *(if known)* | SUPERINTENDENT |
| Shield Number | UNKNOWN |
| Employer | PADOC/SOMERSET SCI |
| Address | 1590 WALTERS MILL ROAD |
| | SOMERSET        PA        15510-4000 |
| | *City*              *State*         *Zip Code* |

☑ Individual capacity  ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | MR MOORE |
| Job or Title *(if known)* | CORRECTION OFFICER |
| Shield Number | UNKNOWN |
| Employer | PADOC/SOMERSET SCI |
| Address | 1590 WALTERS MILL ROAD |
| | SOMERSET        PA        15510-1000 |
| | *City*              *State*         *Zip Code* |

☑ Individual capacity  ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | MR WINGARD |
| Job or Title *(if known)* | CORRECTION OFFICER |
| Shield Number | UNKNOWN |
| Employer | PA DOC/SOMERSET SCI |
| Address | 1590 WALTERS MILL ROAD |
| | SOMERSET PA 15510 4000 |
| | City    State    Zip Code |

[✓] Individual capacity   [✓] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | MR T. KNEPPER |
| Job or Title *(if known)* | HEARING EXAMINER |
| Shield Number | UNKNOWN |
| Employer | PA DOC/SOMERSET SCI |
| Address | 1590 WALTERS MILL ROAD |
| | SOMERSET PA 15510 -1000 |
| | City    State    Zip Code |

SEE ATTACHED
(DEFENDANT'S CONTINUED)

[✓] Individual capacity   [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8TH & 14TH AMENDS. USCA; 18 USCA §§ 241, 242; PA. CONST. ART. 1 § 26

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## 1.B.  DEFENDANT'S (CONTINUED)

DEFENDANT # 5

    NAME              DAVID CLOSE

    JOB OR TITLE (IF KNOWN)    SUPERINTENDENT HOUTZDALE SCI

    SHIELD NUMBER     UNKNOWN

    EMPLOYER        PA.D.O.C. / HOUTZDALE SCI

    ADDRESS         209 INSTITUTION DRIVE

                    HOUTZDALE, PA. 16698-1000
                    CITY          STATE    ZIP

                    [✓] INDIVIDUAL CAPACITY [✓] OFFICIAL CAPACITY

DEFENDANT # 6 (et. al.)

                 JOHN DOE'S AND/OR JANE DOE'S #1 THRU #100

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

SEE ATTACHED II.D. pg's #1 THRU #3

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☑ Other *(explain)*   ACTUAL INNOCENCE CLAIM (DENIED BRADY & WITNESS FOR TRIAL on 10.23.06)

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

SOMERSET SCI (11.28.23 — 06.04.24) AND HOUTZDALE SCI (06.04.24 — 05.28.25)

II. D. (CONTINUED) #1

1) KENNETH HOLLIBAUGH, SUPERINTENDENT SOMERSET SCI,

+ ON 11.29.23 MR. HOLLIBAUGH DID RETALIATE AGAINST PLAINTIFF FOR MISCONDUCT (M/C) #D097355 (DATED: 11.28.23) UNDER COLOR OF STATE LAW AND/OR LOCAL LAW BY ORDERING C.O.-1 MR. "Z" AND C.O.-1 MR. LEWIS TO DEPRIVE PLAINTIFF'S EQUAL PROTECTION AND/OR QUALITY OF LIFE ISSUE'S IN CONSPIRACY TO INFLICT HARDSHIP AND/OR EMOTIONAL DISTRESS AND/OR PSYCHOLOGICAL HARM TO DESTROY PLAINTIFF'S LEGAL DOCUMENTS AND/OR CONFISCATE PROPERTY WITHOUT PROVIDING CONFISCATED ITEM RECEIPT. SEE GRIEVANCE #1065026 (DATED: 12.12.13) - C.O.'S EXPLAINED CONSPIRACY AND RETALIATION.

+ ON 01.29.24 MR. HOLLIBAUGH DID RETALIATE AGAINST PLAINTIFF FOR MISCONDUCT (M/C) #F046533 (DATED: 01.29.24) UNDER COLOR OF STATE LAW AND/OR LOCAL LAW BY ORDERING STAFF IN THE R.H.U., INCLUDING, BUT NOT LIMITED TO, CO-1 MR. MOORE AND C.O.-1 MR. WINGARD, TO DEPRIVE PLAINTIFF'S EQUAL PROTECTION AND/OR QUALITY OF LIFE ISSUE'S IN CONSPIRACY TO INFLICT HARDSHIP AND/OR EMOTIONAL DISTRESS AND/OR PSYCHOLOGICAL HARM AND/OR PHYSICAL HARM, SHOULD THE OCCASION PRESENT ITSELF (ATTEMPTED MURDER) FROM 11.29.24 THRU 06.04.24. SEE GRIEVANCE'S: #1065303 (DATED 12.13.23), #1065319 (DATED: 12.13.23), #1074301 (DATED: 02.13.24), #1074929 (DATED: 02.16.24), #1078945 (DATED: 03.13.24), #1080027 (DATED: 03.19.24), #1091851 (DATED: 06.04.24), AND #1092850 (DATED: 06.06.24).


2) C.O.-1 MR. MOORE, SOMERSET SCI,

+ ON 05.25.24 MR. MOORE DID RETALIATE AGAINST PLAINTIFF UNDER COLOR OF STATE LAW AND/OR LOCAL LAW BY ORDER OF MR. HOLLIBAUGH AND/OR SUPERIOR'S TO DEPRIVE PLAINTIFF'S EQUAL PROTECTION AND/OR QUALITY OF LIFE ISSUE'S IN CONSPIRACY TO INFLICT HARDSHIP AND/OR EMOTIONAL DISTRESS AND/OR PSYCHOLOGICAL HARM FOR THREATENING AN EMPLOYEE AND/OR FOR ALL GRIEVANCE'S FILED AND/OR CAUSE OF CONVICTION.

+ ON 05.25.24 MR. MOORE DID RETALIATE AGAINST PLAINTIFF UNDER COLOR OF STATE LAW AND/OR

II. D. (CONTINUED) pg 2

LOCAL LAW BY ORDER OF MR. HOLLIBAUGH AND/OR SUPERIOR'S TO DEPRIVE PLAINTIFF'S EQUAL PROTECTION AND/OR QUALITY OF LIFE ISSUE'S IN CONSPIRACY TO INFLICT HARDSHIP AND/OR EMOTIONAL DISTRESS AND/OR PSYCHOLOGICAL HARM DENYING PLAINTIFF'S PLEAS TO SPEAK WITH SERGEANT OR LIEUTENANT ABOUT INADEQUATE DIET MEAL (#1074929 & #1078945 GRIEVANCES) AND CONTINUED SPRAYING O.C. SPRAY ON PLAINTIFF CAUSING PAIN IN EYES AND FACE, INCLUDING, FILING INACCURATE MISCONDUCT #F175828 (DATED: 05.25.24) CLAIMING MY TRAY HIT MR. MOORE'S HIP. SEE ORIGINAL DOCUMENT FROM DC-15 FILE M/C #F175828 AND COMPARE TO REWRITE.

3) C.O.-1 WINGARD, SOMERSET SCI, AND JOHN DOE'S #1 THRU #7,
4 ON 05.25.24 MR. WINGARD (RELATED TO SOMERSET SCI SUPERINTENDENT WINGARD 2016) WITH JOHN DOE'S #1 THRU #6 ACTED UNDER COLOR OF STATE LAW AND/OR LOCAL LAW DEFAULTED PROCEDURE TO FOLLOW AFTER SERGEANT AND/OR LIEUTENANT BEFORE EXTRACTING THE PLAINTIFF WHILE DRESSED IN RIOT GEAR /SEE HB SURVEILLANCE 05.25.24) TO DEPRIVE PLAINTIFF'S EQUAL PROTECTION AND/OR QUALITY OF LIFE ISSUE'S IN CONSPIRACY TO COMMIT MURDER BY BEATING PLAINTIFF WITH LOCKED HANDCUFF'S AROUND LEATHER GLOVED FISTS WHILE PLAINTIFF WAS SHACKLED ON GROUND. SEE HAND HELD VIDEO RECORDING BY JOHN DOE # 7 ON 05.25.24.

4) JOHN DOE #8 TRIAGE NURSE
4 ON 05.25.24 JOHN DOE #8 CONSPIRED UNDER COLOR OF STATE LAW AND/OR LOCAL LAW WITH MR. WINGARD AND JOHN DOE'S #1 THRU #6 WHILE JOHN DOE #7 VIDEO RECORDED THE BLEEDING AND INSTRUCTIONS PLAINTIFF IS OKAY AND NEEDS NO OTHER MEDICAL ASSISTANCE, IN SIMILAR SUBSTANCE, "HE'S FINE.", THAT DEPRIVED PLAINTIFF EQUAL PROTECTION AND/OR QUALITY OF LIFE ISSUES IN CONSPIRACY TO COMMIT MURDER AS PLAINTIFF WAS DUMPED IN HA #8 WITHOUT PROPERTY (ADDITIONAL SANCTION) AND WITHOUT ANY OTHER MEDICAL ASSISTANCE.

II. D. (CONTINUED) pg #3

5) MR. T. KNEPPER, HEARING EXAMINER (H/EX) AT SOMERSET SCI,
✝ ON FRIDAY 05.31.24 DID RETALIATE AGAINST PLAINTIFF FOR MISCONDUCT # F175828
(DATED: 05.25.24) UNDER COLOR OF STATE LAW AND/OR LOCAL LAW IN CONSPIRACY WITH
MR. HOLLBAUGH AND/OR ADMINISTRATION TO DEPRIVE PLAINTIFF EQUAL PROTECTION AND/OR
QUALITY OF LIFE ISSUE'S TO COVER UP FALSE ORIGINAL MISCONDUCT # F175828, SEE DC-15
ORIGINAL # F175828 (CLAIMING FOOD TRAY HIT C.O. MOORE ON HIP), AND USED COMPUTER
WITH DOCUMENT SCANNER TO PIECE TOGETHER A SECOND MISCONDUCT WITH THE SAME # TO
JUSTIFY ATTEMPTED MURDER AND COVER UP DEFAULT IN PROCEDURE/AVOIDING INCIDENT.

6) DAVID CLOSE, SUPERINTENDENT AT HOUTZDALE SCI,
✝ ON 05.07.25 MR. CLOSE AND MR. HOLLBAUGH (PRIOR TENURE AT HOUTZDALE SCI) UNDER
COLOR OF STATE LAW AND/OR LOCAL LAW CONSPIRED AGAINST PLAINTIFF TO DEPRIVE PLAINTIFF
EQUAL PROTECTION AND/OR QUALITY OF LIFE ISSUE'S TO DENY PLAINTIFF ACCESS TO
MATERIALS FOR PLAINTIFF TO FILE 42 USC §1985 CIVIL ACTION, INCLUDING, CONFISCATING
LEGAL DOCUMENTS  CONFISCATED ITEM RECEIPT (C.I.R.) # C739257 AND CONTINUE
HOLDING PLAINTIFF IN RHU.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

THE ABUSE IS PROGRESSIVE FROM SOMERSET SCI. 11-28-23 GRIEVANCE #1066026 (ARGEENITOR) THRU GRIEVANCE #1092850 AND HOUTZDALE SCI. #1148714 (05-27-25)

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED   IV. D. pg.'s #1 THRU #4

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEE ATTACHED  V  pg."5

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

SEE ATTACHED  VI  (pg.5(A) SAME PAGE)

IV. D pg # 1 (continued)

1) ON 11.28..23 PLAINTIFF WAS IN CONFERENCE FOR A Z-CODE WITH COUNSELOR MARSHALL AND UNIT MANAGER BARNETTE, THAT PRIOR COUNSELOR MR. SHEARER HAD FILED BEFORE TRANSFER FROM HIS OFFICE (CHRONICALLY ILL PLAINTIFF/CANCER, etc) UNIT MANAGER BARNETTE CLAIMED KENNETH HOLLBAUGH DENIED Z-CODE, AND PLAINTIFF STATED PLAINTIFF WOULD PUNCH KENNETH HOLLBAUGH IN THE FACE (M/c# D097335)

2) PLAINTIFF WAS IMMEDIATELY ESCORTED TO RESTRICTED HOUSING UNIT (RHU) ON 11.28.23, AND WAS DOING PROPERTY INVENTORY WITH C.O.-1 MR. "Z" & C.O.-1 MR. LEWIS ON 11.29.23. PLAINTIFF WAS INFORMED BY C.O.'s THAT KENNETH HOLLBAUGH CALLED THE RHU TO RETALIATE AGAINST PLAINTIFF BY ORDERING THEM TO CONFISCATE EXTRA-LEGAL MATERIALS AND DESTROY OTHER PROPERTY, HENCE, CONSPIRACY TO DEPRIVE EQUAL PROTECTION PROVIDED OTHER PRISONER'S AND DENIED DUE ACCESS BY THE DENIAL OF GRIEVANCE #1065026 (DATED: 12.12.23) BY COMPLETED PROCESS TO MECHANICSBURG, PA. (REQUESTED COPY OF VIDEO SURVEILLANCE OF INVENTORY #A457246 (DATED: 11.29.23) SHOWING PLAINTIFF'S DIGITAL-T.V. ANTENNA BOOSTER/AND DESTRUCTION OF PROPERTY).

3) PLAINTIFF WAS RELEASED FROM RHU ON 01.26.24 AND REENTERED RHU ON 01.29.24 (M/c# F046533) WHILE HAVING CONFERENCE WITH COUNSELOR ANDOLWA REGARDING RENEWAL OF Z-CODE DUE TO FIGHTING WITH CELLIE JACOB DAVIS #QP5909 ON 12.04.23 (M/c# D878294) AND REFUSAL OF CELLIE (M/c# F037938) ON 02.18.24 BEFORE RELEASE. PLAINTIFF WAS NOTIFIED OF KENNETH HOLLBAUGH'S RETALIATION AGAINST PLAINTIFF AND DEPRIVATION OF DUE ACCESS BY DENYING Z-CODE. PLAINTIFF INFORMED COUNSELOR ANDOLWA THAT PLAINTIFF HAS INDIVIDUAL'S COMING UP AND INFORMING PLAINTIFF THE WHEREABOUTS OF SUPERINTENDENT KENNETH HOLLBAUGH (M/c# F046533 DATED: 01.29.24)

IV. D. pg # 2 (CONTINUED)

4) C.O.-1 MR. WINGARD PERFORMED PLAINTIFF'S PROPERTY INVENTORY # A45709# (DATED: 02.01.24) AND DEPRIVED PLAINTIFF OF $50.⁰⁰ WALKENHORST CLEAR LAMP WITH FLOOD LIGHT BULB (CONFISCATION ITEM RECEIPT # CIR) # C208837 ) FOR HIS OWN PERSONAL USE. REQUESTED VIDEO SURVEILLANCE OF INVENTORY # A457091 WITH COMPLETED GRIEVANCE #1074301 to MECHANICSBURGH, PA. (NOTE: PLAINTIFF'S DIGITAL TV ANTENNA BOOSTER WAS NOT PRESENT)

5) ON 12.13.24 PLAINTIFF FILED GRIEVANCE #1074301 AGAINST UNIT MANAGER BARNETTE FOR DERELICTION OF DUTY (COMPLETED PROCESS TO MECHANICSBURG, PA),

6) BY ORDER OF KENNETH HOLLIBAUGH TO RHU EMPLOYEES TO CAUSE PLAINTIFF HARDSHIP (GRIEVANCE #1065026), C.O.-1 MR. WINGARD BEGAN PLAYING WITH PLAINTIFF'S FOOD DIFFERENTLY THAN OTHER PRISONERS GRIEVANCE #1074929 (DATED: 02.16.24) AND GRIEVANCE #1078945 (DATED: 03.13.24) GIVING PLAINTIFF SPECIAL DIET TO OTHER PRISONERS WITH INTENTIONAL NEGLIGENCE AND/OR DELIBERATE INDIFFERENCE. (REQUESTED VIDEO SURVEILLANCE OF RHU/COMPLETED PROCESS TO MECHANICSBURG, PA)

7) C.O.-1 MR. MOORE WAS NOTIFIED BY PLAINTIFF THAT PLAINTIFF NEEDS TO SEE SERGEANT AND/OR LIEUTENENT ON 05.25.24 ABOUT INADEQUATE DIET TRAY. ON 05.25.24 C.O.-1 MR. MOORE FILED FALSE REPORT M/C # F175828 (DATED: 05.25.24) CLAIMING PLAINTIFF HIT C.O. WITH FOOD TRAY ON HIP, M/C # F175828 WAS SCANNED AND REAPPEARED DIFFERENTLY THAN ORIGINAL M/C# F175828 (SEE ORIGINAL MISCONDUCT # F175828 (DATED: 05.25.24) IN PLAINTIFF'S DC-15 FILE), VIDEO SURVEILLANCE FROM ANGLE OF HB#19 SHOWS NO FOOD HIT C.O., AND SHOWS C.O.-1 MR. MOORE ATTACK PLAINTIFF WITH O.C. PEPPER SPRAY, THAT WAS UNJUSTIFIED.

IV. D. pg 3 (CONTINUED)

8) ON 05.25.24 MR. HOLLIBAUGH'S EMPLOYEE'S DEFAULTED PROCEDURE BY FAILING TO DISPATCH SERGEANT AND/OR LIEUTENANT AS PLAINTIFF REQUESTED, THAT WOULD HAVE AVOIDED CO-1 WINGARD AND JOHN DOE'S #1 THRU #6 TO ENTER PLAINTIFF'S CELL AND BEAT PLAINTIFF WITH LOCKED HANDCUFF'S AROUND LEATHER GLOVED FISTS (RIOT GEAR) WHILE PLAINTIFF WAS SHACKLED ON GROUND (BLOOD EVERY WHERE) THAT WAS VIDEO TAPED BY HAND HELD VIDEO WITH JOHN DOE #7. GRIEVANCE #1092850 (DATED: 06.07.24) THAT REMAINS UNANSWERED / CONTINUANCE'S.

9) JOHN DOE #8 TRIAGE NURSE STOPPED BLEEDING AND WAS INFORMED BY UNKNOWN C.O. PLAINTIFF WAS OKAY AND NEEDED NO OTHER MEDICAL TREATMENT, JOHN DOE #7 WAS VIDEO RECORDING EVERYTHING FROM HB #23 TO TRIAGE ROOM TO HA #08 WHERE PLAINTIFF WAS DUMPED.

10) ON 05.31.24 PLAINTIFF WAS TAKEN TO MR. T. KNEPPER FOR SECOND TIME. (SEE RHU VIDEO SURVEILLANCE 05.25.24 THRU 06.04.24) UPON FIRST VISIT PLAINTIFF WAS INFORMED MISCONDUCT # F175828 (ORIGINAL) STATES PLAINTIFF'S FOOD TRAY HIT C.O.-1 MR. MOORE IN HIP. PLAINTIFF INFORMES MR. T. KNEPPER, HEARING EXAMINER, THAT FOOD TRAY NEVER TOUCHED C.O.-1 MR. MOORE AND NO FOOD SPILLED FROM PLAINTIFF'S INADEQUATE FOOD TRAY, AND REQUESTES CONTINUANCE FOR REVIEW OF VIDEO SURVEILLANCE.

11) MR. T. KNEPPER ASSISTED CONSPIRACY TO FABRICATE ANOTHER MISCONDUCT # F175828 TO COVER UP THE CONTINUED ABUSE OF PLAINTIFF. SEE ORIGINAL M/C # F175828 IN DC-15 FILE.

IV. D. pg #4 (CONTINUED)

12) ON 06.02.24, PLAINTIFF WAS PACKED UP FOR TRANSFER TO HOUTZDALE SCI BY CO-1 MR. WINGARD WHO NOTIFIED PLAINTIFF THAT HE DIDN'T BEAT PLAINTIFF WITH LOCKED HANDCUFFS AROUND LEATHER FISTS, BUT HE KNOWS WHO DID.

13) PLAINTIFF SUFFERED SEVERELY NURSING INJURIES TO HEAD, FACE, AND BOTH EYES.

14) ON 05.07.25 PLAINTIFF WAS PLACED IN RHU BY ORDER OF UNIT MANAGER MR REDFERN WHO DEPRIVED PLAINTIFF PROPER CARE GRIEVANCE # 1148714 (DATED: 05.27.25) AND CONSPIRED TO MURDER PLAINTIFF WITH SUPERINTENDENT HOLLBAUGH, AND DAVID CLOSE, SUPERINTENDENT HOUTZDALE SCI

15) PLAINTIFF NOTIFIED UNIT MANAGER REDFERN OF PROBLEMS WITH COLLIE GRANGER QQ5388 IN AUGUST 2024, AND WAS DENIED CELL MOVEMENT.

16) JANUARY, 2025, UNIT MANAGER FAILED TO SEPARATE PLAINTIFF, AND PLAINTIFF AND GRANGER # QQ5388 (SEE GRANGER'S VIOLENT HISTORY) FOUGHT. PLAINTIFF NOTIFIED SERGEANT BICKFORD WHO NOTIFIED UNIT MANAGER MR. REDFERN (ALSO CAPTAIN IN RHU) OF CELL FIGHTING. UNIT MANAGER MR REDFERN HAD SGT. RETURN TO AB# 50 TO CHECK FOR INJURIES AND FOUND NONE. SEE GRIEVANCE # 1148714 (DATED: 05.27.25)

17) SUPERINTENDENT HOLLBAUGH, SUPERINTENDENT DAVID CLOSE, AND UNIT MANAGER MR REDFERN CONSPIRED TO MURDER PLAINTIFF USING GRANGER # QQ5388 AS WEAPON.

# V. INJURIES (CONTINUED) Pg #5

1) FRACTURES TO RIGHT LOWER SINUS (HOUTZDALE SCI X-RAYS)

2) RIGHT EYE CORNEA PERMANENTLY SCARRED -- (VISION IMPAIRED)

3) BASILAR SKULL FRACTURE CLIP DISCONNECTED (SHIFTING SKULL/C.S.F. LEAKAGE)

4) LEFT AND RIGHT ORBITAL SOCKET SCARRED

5) RIGHT HAND STOMPED BEFORE HANDCUFFED WHILE SHACKLED (FRACTURES)

6) LEFT HAND STOMPED WHILE SHACKLED, BUT PULLED AWAY BEFORE HANDCUFFED

7) CONTINUOUS CLUSTER MIGRAINS (MUCH WORSE AFTER BEATING)

8) BRAIN DAMAGE, PHYSICAL PAIN, MENTAL ANGUISH, FRIGHT, SHOCK, HUMILIATION, MORTIFICATION AND PTSD.

# VI. RELIEF (CONTINUED) Pg # 5A

1) ALL SURVEILLANCE VIDEO'S REQUESTED IN EVERY GRIEVANCE (11.29.23 THRU 06.07.24)

2) ALL SURVEILLANCE FROM HAND HELD VIDEO RECORDER 05.25.24 HB#23 THRU

("TRIAGE ROOM THRU HA #08

3) APPOINTMENT OF COUNSEL

4) REPLACE ALL DISCOVERY # 0651-2005 (MONROE COUNTY, PA)

5) RETURN # 24.⁰⁰ SMR COMMISSARY ORDER 11.26.23 (GRIEVANCE # 1105722)

6) REPLACE ALL PROPERTY 11.29.23 THRU 06.07.25 (CLEAN UP OF CELL)

7) GRANT PERMANENT INJUNCTION - RETURN ALL PROPERTY, PHOTO'S, LEGAL DOCUMENTS Z-CODE, DARK PRESCRIPTION 100% UV PROTECTED EYE GLASSES, TRANSFER TO PHOENIX HOUSE (GRATERFORD, PA), RETURN ALL PROPERTY TAKEN 02.01.24 & 06.02.24 BY C.O.1 WINGARD, GRANT UNLIMITED LEGAL MATERIAL

8) OPERATION TO FIX SKULL BY NUERO SURGEON

9) IMMEDIATE 'Z-CODE (CHRONICALLY ILL (CANCER, EPILEPSY, DIABETES INSIPIDUS)

10) IMMEDIATE TRANSFER TO PHOENIX HOUSE (GRATERFORD PA)

11) IMMEDIATE ISSUE OF PRESCRIPTION DARK LENSES 100% PROTECTION

12) IMMEDIATE REPLACEMENT OF LFT. EAR HEARING AID

13) REMOVE ALL PERSONNEL INVOLVED IN RETALIATION, CONSPIRACY, ABUSE, ATTEMPTED MURDER, FILING FALSE REPORTS AND ATTEMPTED COVER UP.

14) REMOVE BADGES, CANCEL ACT 235 CERTIFICATION TO CARRY CONCEALED FIREARM, AND PRISON TIME (FELONY) FOR ABUSE, ATTEMPTED MURDER WITH WEAPON, AND ASSAULT WITH WEAPON

15) 100 MILLION DOLLARS DECLATORY AND COMPENSATORY, PLUS 200 MILLION PUNITIVE (NOT FIRST TIME SOMEONE BEATEN WHILE SHACKLED AND MURDERED

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

SOMERSET SCI AND HOUTZDALE SCI

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

IN RHU WITHOUT RECORDS 05.07.25 — 05.28.25 (FALSE REPORT)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes    N/A

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

SOMERSET SCI #1092850 (DATED: 06.07.24)
HOUTZDALE SCI #1091851 (DATED: 06.05.24)

SOMERSET SCI AND HOUTZDALE SCI

2.    What did you claim in your grievance?

RETALIATION, CONSPIRACY TO COMMIT ABUSE'S, ATTEMPTED MURDER, ATTEMPTED COVER UP, DEPRIVATION OF RIGHTS, REMOVAL FOR JUST CAUSE

3.    What was the result, if any?

SOMERSET SCI GRIEVANCE #1092850 (DATED: 06.07.24) — STILL RECEIVE EXTENSIONS (ON 05.13.25 WITH DUE DATE: 06.24.25)

GRIEVANCE'S AT HOUTZDALE SCI STILL ACTIVE #1148714 (DATED: 05.27.25)

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

PLAINTIFF HAS DONE EVERYTHING POSSIBLE CONSIDERING CIRCUMSTANCES

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

N/A

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

SOMERSET SCI REFUSED TO REPLY #109 2BSD (EXTENSIONS ONLY)
HAUTZDALE SCI STILL BEING EXHAUSTED

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      ☐ Yes

      ☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.   Parties to the previous lawsuit
           Plaintiff(s) _____
           Defendant(s) _____

      2.   Court *(if federal court, name the district; if state court, name the county and State)*
           _____

      3.   Docket or index number
           _____

      4.   Name of Judge assigned to your case
           _____

      5.   Approximate date of filing lawsuit
           _____

      6.   Is the case still pending?
           ☐ Yes

           ☐ No

           If no, give the approximate date of disposition. _____

      7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
           in your favor? Was the case appealed?)*
           _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
      imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   FREDERICK JOHN DAVIS
     Defendant(s)   COMMONWEALTH OF PENNSYLVANIA

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     3RD CIR

3.   Docket or index number
     UNKNOWN

4.   Name of Judge assigned to your case
     UNKNOWN

5.   Approximate date of filing lawsuit
     2006 (?)

6.   Is the case still pending?

     ☐ Yes
     ☑ No

     If no, give the approximate date of disposition   UNKNOWN

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     DISMISSED FOR FAILURE TO NAME ANY PERSON

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _05.28.25_

Signature of Plaintiff    _Fredrick John Davis_
Printed Name of Plaintiff    _FREDRICK JOHN DAVIS_
Prison Identification #    _GY9887_
Prison Address    _209 INSTITUTION DRIVE_
_HOUTZDALE_                    _PA_          _16698-1000_
　　　　　　　　　　　City　　　　　　　　State　　　　　Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____

　　　　　　　　　　　City　　　　　　　　State　　　　　Zip Code

Telephone Number    _____
E-mail Address    _____

## AFFIDAVIT OF SERVICE

I, FREDERICK JOHN DAVIS#GY4837, PRO SE PRISONER, DOES HEREBY DECLARE UNDER THE PENALTY OF PERJURY, 28 USCA§.1746, THAT I HAVE PLACED THE 42 USC §1983 CIVIL COMPLAINT WITHIN THE HOUTZDALE SCI MAIL DEPOSITORY THIS 23RD DAY OF MAY, 2025, FOR DELIVERY VIA USPS, IN THE MANNER OF RULE 121, AND THE MAILBOX RULE. SEE CON V. JONES, ___ A.2d ___; AND HOUSTON V. LACK, 108 S.Ct. 2379.

FIRST CLASS POSTAGE FOR DELIVERY TO:
OFFICE OF THE CLERK
U.S. DISTRICT COURT, WESTERN DISTRICT OF PA.
700 GRANT STREET
SUITE# 3110
PITTSBURGH, PA 15219

DATED: HOUTZDALE, PA.
05.28.25

RESPECTFULLY SUBMITTED:
FREDERICK JOHN DAVIS#GY4837
PRO SE PRISONER
SCI HOUTZDALE
209 INSTITUTION DRIVE
PITTSBURGH, PA.16698-1000

## AFFIDAVIT OF SERVICE

I, FREDERICK JOHN DAVIS #GY4837, PRO SE PRISONER, DOES HEREBY DECLARE UNDER THE PENALTY OF PERJURY, 28 USC § 1746, THAT I HAVE PLACED A <u>COVER LETTER WITH GRIEVANCE #1092850</u> WITHIN THE HOUTZDALE SCI MAIL DEPOSITORY ON THIS <u>23rd</u> DAY OF <u>MAY</u> <u>2025</u>, FOR DELIVERY VIA USPS, IN THE MANNER OF RULE 121, AND THE MAILBOX RULE, SEE <u>COM. V. JONES</u>, ____ A.2d ____ ; AND <u>HOUSTON V. LACK</u>, 108 S.Ct. 2379.

<u>FIRST CLASS POSTAGE FOR DELIVERY TO :</u>

OFFICE OF THE CLERK

U.S. DISTRICT COURT, WESTERN DISTRICT OF PA

700 GRANT STREET

SUITE# 3110

PITTSBURGH, PA. 15219

DATED: HOUTZDALE, PA.
<u>05.28.25</u>

RESPECTFULLY SUBMITTED,

Frederick John T Davis #GY4837

FREDERICK JOHN DAVIS #GY4837

PRO SE PRISONER

HOUTZDALE SCI #(814) 378-1000

209 INSTITUTION DRIVE

HOUTZDALE, PA. 16698-1000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**



FOR OFFICIAL USE
~~Leonard~~ 1071850
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR CHRISTIE SCHENCK | FACILITY: SMR/HTZ | DATE: 06.07.24 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) FREDRICK JOHN DAVIS # GY4837 | SIGNATURE OF INMATE: *Fredrick John Davis* | |
| WORK ASSIGNMENT: RHU | HOUSING ASSIGNMENT: S.C.I. HOUTZDALE  HD #01 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

06.04.24 I ARRIVED AT S.C.I HOUTZDALE WITH HEAD TRAUMA FROM BEING REPEATEDLY PUNCHED IN MY HEAD BY JOHN DOE's WITH HANDCUFFS AROUND THEIR FISTS AT S.C.Y SOMERSET ON 05.25.24 THAT WAS UNWARRANTELY INSTIGATED BY C.O-I ARONE IN RETALIATION FOR GRIEVANCES AND APPROVED TRANSFER (PHOTO TAKEN BY MEDICAL 05.25.24). REVIEW OF VIDEO SURVEILLANCE IN HB POD OF THREE DIFFERENT ANGLES, AND HAND HELD VIDEO CAMERA ON 05.25.24 SHALL REVEAL THE FALSE REPORTS FILED TO EXPLAIN MY INJURIES AND JUSTIFIED, RIGHT SINUS/NOSE FRACTURES; LEFT OUTER ORBITAL; CONCUSSION/DIZZY 05.25.24 THRU 06.03.24 (NOT IN HEAD), NIGHT EYE CORNEA SCRATCHES; RIGHT HAND CRUSHED FROM PUNCHES DELIVERED (X-RAYS REQUESTED), MRI HEARING AID GONE; MENTAL & EMOTIONAL TRAUMA AND DELIBERATE INDIFFERENCE BY MEDICAL/MENTAL CARE.

REQUESTED RELIEF = (1) PROVIDE VIDEO SURVEILLANCE FROM THREE ANGLES ON HB POD 03.01.24 THRU 07.24.24; (2) PROVIDE HAND HELD VIDEO SURVEILLANCE OF HB 423 TO TRIAGE ROOM TO HA #08 ON 5.25.24; (3) KEC MILLING & LESS CIVIL ACTION; (4) ORDER X-RAYS OF HANDS AND FACE (5) PROVIDE COPY OF PRIOR STRIKEN IN TRIAGE ROOM ON 05.25.24; (6) HEARING AID DEVICES; AND (7) RESERVE RIGHT TO AMEND, INTER ALIA

EXHIBIT A ATTACHED CF GRIEVANCE #1071850 RECEIVED JULY 7, 2024. FILED SCI HOUTZDALE

B. List actions taken and staff you have contacted, before submitting this grievance.
S.C.I SOMERSET MCF OF MEDICAL CARE 05.25.24 REVIEW, I WAS SENT NIGHT/DAY (LEFT INITIAL IMPACT AREA IS DAY?) ... MENTAL INJURIES DR IS ... NO PEN TO WRITE / RELEASE ... 5. B & B, ... REQUEST ... 06.07.24 RECEIVED IN CARNIVAL AT S.C.I HOUTZDALE WHILE SUSPECT ... IN HANDCUFFS BY JAIL WITH ... SICK CALL ...

HB23
X 20 ...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____         _____
Signature of Facility Grievance Coordinator                    Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*                    **Attachment 1-A**
Issued: 1/26/2016
Effective: 2/16/2016